3347306

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

FILED

At_____ SEP - 3 2010 ____M

STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Michael Flatoff,

    Plaintiff,

v.

Global Credit & Collection Corporation,

    Defendant.

Case No.:

**3:1 0 C V 0 3 7 9**

**COMPLAINT FOR DAMAGES
UNDER THE FAIR DEBT COLLECTION
PRACTICES ACT AND OTHER
EQUITABLE RELIEF**

**JURY DEMAND ENDORSED HEREIN**

### JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

### FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5), which is allegedly owed to Capital One Services, LLC.

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. On or around July 22, 2010, Plaintiff retained an attorney to file bankruptcy.

6. Throughout the month of August 2010, Defendant telephoned Plaintiff in connection with the collection of the debt on numerous occasions.

7. During several of these communications, Plaintiff notified Defendant that Plaintiff was represented by an attorney with respect to the debt, provided Plaintiff's attorney's contact information, and requested that Defendant no longer contact Plaintiff about the debt.

8.  Defendant repeatedly ignored these notices and continued to call Plaintiff in connection with the collection of the debt despite having knowledge that Plaintiff was represented by an attorney with respect to the debt.

9.  Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

10. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

11. Defendant violated 15 U.S.C. §1692c in that it communicated with Plaintiff notwithstanding Plaintiff's notice that Plaintiff was represented by an attorney.

## JURY DEMAND

12. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

13. Plaintiff prays for the following relief:

   a.  Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b.  For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:_____

Timothy J. Sostrin
233 S. Wacker
Sears Tower, Suite 5150
Chicago, IL 60606
Telephone: 866-339-1156
Email: tjs@legalhelpers.com
Attorneys for Plaintiff